**FILED**

NOV 1 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  TOMAS E. MARGAIN, Bar No. 193555
   84 W. SANTA CLARA ST., STE. 790
2  SAN JOSE, CA 95113
   TEL (408) 317-1100
3  FAX (408) 351-0105

4  Attorney for Plaintiffs
   FELIX A. ROBLES, FELIPE FONSECA, ROBERTO FONSECA,
5  JOSE FONSECA, MARIO G. FONSECA and MARIO FONSECA

6

7  JULIE A. DOUMIT - SBN 272574
   LAW OFFICES OF WRIGHT AND DOUMIT
8  1731 J STREET, SUITE 250
   SACRAMENTO, CA 95811
9  TEL: (916) 442-8614
   FAX: (916) 442-5679
10

11 Attorney for Defendants
   DOUMIT CONSTRUCTION, INC. and SAMIR FARID DOUMIT
12

                    UNITED STATES DISTRICT COURT
13
                  FOR EASTERN DISTRICT OF CALIFORNIA
14

15 FELIX A. ROBLES, FELIPE FONSECA,         Case No.: 12-CV-2638- JAM-DAD
   ROBERTO FONSECA, JOSE FONSECA,
16 MARIO G. FONSECA, and MARIO              STIPULATION AND ORDER TO
   FONSECA,                                 DISMISS FLSA CLAIM WITH
17                                          PREJUDICE AND DISMISS
          Plaintiffs,                       PENDANT STATE COURT CLAIMS
18                                          PURSUANT TO 28 U.S.C. § 1367;
          v.                                DECLARATION OF TOMAS E.
19                                          MARGAIN
   DOUMIT CONSTRUCTION, INC. and
20 SAMIR FARID DOUMIT
                                            JUDGE: HON. JOHN A. MENDEZ
21        Defendants._____

22

23

24

25

                                      1
STIPULATION AND ORDER TO DISMISS

The parties through their attorneys of record hereby stipulate as follows:

1. The First Count, under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* shall be dismissed with prejudice to refilling.
2. The Court is requested to dismiss the pendant California law counts, two through six, by declining to exercise supplemental jurisdiction under 28 U.S.C. § 1367.

IT IS SO STIPULATED

FOR PLAINTIFFS

DATED: 11/14/13        By: _____
                           Tomas E. Margain

FOR DEFENDANTS

DATED: 11/13/13        By: _____
                           JULIE A. DOUMIT

ORDER

Based on the stipulation reached with by counsel, and good cause shown, the Court hereby dismisses the First Count under the FLSA with prejudice. Pursuant to 28 U.S.C. § 1367, the Court declines to exercise supplemental jurisdiction as to the pendant state law claims and on that basis dismissed Counts Two through Six and the Complaint. The dismissal of the pendant State Law claims is without prejudice.

IT IS SO ORDERED

DATED: 11-14-2013        By: _____
                             HON. JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT
                             JUDGE

TOMAS E. MARGAIN, Bar No. 193555
84 W. SANTA CLARA ST., STE. 790
SAN JOSE, CA 95113
TEL (408) 317-1100
FAX (408) 351-0105

Attorney for Plaintiffs
FELIX A. ROBLES, FELIPE FONSECA, ROBERTO FONSECA,
JOSE FONSECA, MARIO G. FONSECA and MARIO FONSECA

JULIE A. DOUMIT - SBN 272574
LAW OFFICES OF WRIGHT AND DOUMIT
1731 J STREET, SUITE 250
SACRAMENTO, CA 95811
TEL: (916) 442-8614
FAX: (916) 442-5679

Attorney for Defendants
DOUMIT CONSTRUCTION, INC. and SAMIR FARID DOUMIT

UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX A. ROBLES, FELIPE FONSECA, ROBERTO FONSECA, JOSE FONSECA, MARIO G. FONSECA, and MARIO FONSECA,<br><br>Plaintiffs,<br><br>v.<br><br>DOUMIT CONSTRUCTION, INC. and SAMIR FARID DOUMIT<br><br>Defendants. | Case No.: **12-CV-2638- JAM–DAD**<br><br>**DECLARATION OF TOMAS E. MARGAIN IN SUPPORT OF STIPULATION AND ORDER**<br><br>**JUDGE:** HON. JOHN A. MENDEZ |

declaration

- 1 -

## AFFIDAVIT OF TOMAS E. MARGAIN

I, TOMAS E. MARGAIN, declare as follows:

1. I am an attorney duly authorized to practice before this Court and Plaintiffs' attorney of record in this action. I base this declaration on my personal knowledge unless otherwise indicated.

2. The parties have agreed to have the case dismissed through counsel for two reasons. This was done after the parties meet and conferred for the pre-trial and began exchanging the detailed joint pre-trial conference statement.

3. First, to focus on ADR. The parties are currently in the process to pick a December 2014 mediation date with Norman Prior of Porter Scott.

4. Second, after meeting and conferring and in the discovery process, it became clear to me that this is not an FLSA overtime case but one arising out of California Labor Code claims. Specifically, four of the six plaintiffs did not work over forty hours in one week. This case involves claims for prevailing wage violations and daily overtime or overtime after 8-hours.

5. Dismissing the case will allow the parties to focus on mediation and protect Plaintiffs from being able to re-file in State Court if the matter cannot be resolved.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and accurate. Executed in San Jose, Santa Clara California.

Dated: November 14, 2013

By: ____//s// Tomas Margain_____
        Tomas E. Margain

declaration

- 2 -